UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JUDITH COLBY,
    Plaintiff,

vs.

WOLPOFF & ABRAMSON, LLC
CENTURION CAPITAL CORP.
and JOHN DOE 1-10, XYZ, INC 1-10,
ten names being fictitious and
unknown to the plaintiffs, the person
or parties intended being the persons
or parties, if any,
    Defendants.
------------------------------------------x

RULE 7.1 STATEMENT

08 CIV. 0358

BRIEANT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to
evaluate possible disqualification or recusal, the undersigned counsel for Judith Colby (a
private non-governmental party) certifies that the following are corporate parents,
affiliates and/or subsidiaries of said party, which are publicly held:
N/A

Dated: Spring Valley, New York
December 19, 2007

                /s/ _____
Shmuel Klein (SK 7212) Fed Court Only
Law Office of Shmuel Klein, PC
Attorneys for Plaintiff
268 ROUTE 59
Spring Valley, NY 10977
(845) 425-2510

12