# Law Office of Shmuel Klein, PC
Attorneys and Counselors at Law

268 West Route 59
Spring Valley, NY 10977
845-425-2510
Federal Court Only
E-mail-shmuel.klein@verizon.net

113 Cedarhill Ave.
Mahwah, NJ 07430
201-529-3411
State & Federal Court

March 24, 2008

Honorable Judge Charles L. Brieant
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

*MEMO ENDORSED*
*Application Granted*
*So Ordered*
*March 26, 2008*
*Charles L. Brieant*
*USDJ*

Re:   Colby vs. Wolpoff & Abramson, LLC, et al.
Case No.:   08-cv-0358

Dear Judge Brieant,

It has come to my attention today that the April 11, 2008 initial pre-trial conference has been adjourned to April 25th, 2008. However, since my office will be closed for Passover, I would not be able to attend. It is respectfully requested that the conference be adjourned to May 2, 2008. Defendants' counsel was consulted in this matter and has no opposition to adjourning the conference to the above requested date.

Respectfully,

/s/

Shmuel Klein
/za

cc:   Thomas Arthur Leghorn
Wilson Elser Moskowitz Edelman & Dicker LLP
177 Broad Street
6th Floor
Stamford, CT 06901