# LAW OFFICE OF SHMUEL KLEIN, PC
ATTORNEYS AND COUNSELORS AT LAW

268 WEST ROUTE 59
SPRING VALLEY, NY 10977
845-425-2510
TELEFAX 845-425-7362
EMAIL: SHMUEL.KLEIN@VERIZON.NET

113 CEDARHILL AVE.
MAHWAH, NJ 07430
201-529-3411
ADMITTED IN NM*, NJ, NY*, NOTX*
*FEDERAL COURTS ONLY

May 1, 2008

US District Court – Southern District of NY
Attn: Honorable Judge Brieant
300 Quarropas St., Room 275
White Plains, NY 10601            Via Telefax: 914-390-4085

RE: Colby vs. Wolpoff & Abramson LLP et al.
    Case No. ~~07-cv-0358~~  08 CW.358 (CLB)

Dear Hon. Judge Brieant,

As per request granted by chambers based on consent from opposing counsel, the hearing scheduled for the above referenced case for tomorrow, May 2, 2008 is adjourned to May 9, 2008 at 11 am.

Yours truly,

*Malka*

Malka for Shmuel Klein

Cc: Thomas Leghorn, Esq. 914-323-7001