UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
JUDITH COLBY,

                        Plaintiff,

     - against -

WOLPOFF & ABRAMSON, LLC, et al.,

                       Defendant.  
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE**  
**TO A MAGISTRATE JUDGE**

08 Civ. 358 (CLB) (GAY)

     The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____  
_____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

_X_ All purposes permitted by law

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion:_____

     All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
           June 30, 2008

                                                  _/s/ Charles L. Brieant_  
                                             United States District Judge