UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JUDITH COLBY,

    Plaintiff,

Case No. 08-cv-0358 (CB)

vs.

WOLPOFF & ABRAMSON, LLC
CENTURION CAPITAL CORP.
and JOHN DOE 1-10, XYZ, INC 1-10,
ten names being fictitious and
unknown to the plaintiffs, the person
or parties intended being the persons
or parties, if any,
    Defendants.
------------------------------------------------x

[Stamp: USDC SDNY / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: ___]

### Notice of Dismissal

To:

Jay A. Wechsler
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannet Drive
White Plains, New York 10604

    PLEASE TAKE NOTICE that pursuant to a settlement between Plaintiff and all Defendants in this matter, this action is hereby discontinued.

/s/
_____
Shmuel Klein (SK7212) Fed Ct only
Law Office of Shmuel Klein, PC
268 Route 59
Spring Valley, New York 10977
(845) 425-2510

[Handwritten: Fed. R. Civ. P. 41(a)(1)(A)(i) notice of voluntary dismissal. Case is to be closed and all motions terminated. George A. Yanthis USMJ 8/22/08]