UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JUDITH COLBY,

                Plaintiff,

    -against-

WOLPOFF & ABRAMSON, LLC,

                Defendant.
-----------------------------------------------------------------x

08-CV-358(CS)(GAY)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-captioned action be, and the same hereby is discontinued with prejudice as against, WOLPOFF & ABRAMSON, LLC, without costs to any party as against the others. This stipulation shall be so-ordered by the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, by the undersigned, that facsimile signatures shall act as original signatures.

Dated: August 22, 2008

LAW OFFICES OF SHMUEL KLEIN, PC

By: _____
Shmuel Klein, Esq.
Attorney for Plaintiff
268 Route 59
Spring Valley, New York 10977
(845) 425-7362

White Plains, New York
August____, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Jay A. Wechsler, Esq.
Attorneys for Defendant
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

So Ordered:

_____
U.S.D.J.

2093302.1